**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| DE LA COMUNIDAD BILINGUAL CHARTER PUBLIC SCHOOL; DE LA COMUNIDAD INCORPORATED, <br><br> Plaintiffs, <br><br> v. <br><br> DANIEL J. MCKEE, in his official capacity as Governor of the State of Rhode Island, CHRISTOPHER R. BLAZEJEWSKI, in his official capacity as Speaker of the Rhode Island House of Representatives, VALARIE J. LAWSON, in her official capacity as President of the Rhode Island Senate, and COUNCIL ON ELEMENTARY AND SECONDARY EDUCATION. <br><br> Defendants. | Civil Action No. 1:26-cv-00503-JJM-AEM |

**PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Rule 65(a) of the Federal Rules of Civil Procedure and Local Rule Cv 7, Plaintiffs De La Comunidad Bilingual Charter Public School and De La Comunidad Incorporated (together, "De La Comunidad" or "Plaintiffs") respectfully move this Court for a preliminary injunction enjoining Defendants, during the pendency of this action, from enforcing the Charter School Moratorium Law, P.L 2026, chs. 111 and 116, effective June 18, 2026 (the "Moratorium Bill"), against De La Comunidad, and from revoking, impairing, or refusing to honor De La Comunidad's preliminary charter.  Plaintiffs further request that the Court order Defendants to allow De La Comunidad to complete the charter-authorization process and to grant final approval to operate upon De La Comunidad's satisfaction of its conditions.

1

The grounds for this Motion are set forth with particularity in the accompanying Memorandum of Law, which is served as an attachment to this Motion. *See* LR Cv 7(a)(2). In support of the Motion, Plaintiffs rely on the Verified Complaint.

As required by LR Cv 7(c), Plaintiffs state that they **request oral argument** on this Motion and estimate that argument will require approximately one hour. Plaintiffs further request that, if the Court sets an evidentiary hearing, the matter be advanced and, where appropriate, consolidated with a trial on the merits under Fed. R. Civ. P. 65(a)(2).

DATED: August 13, 2026

Respectfully submitted,

DE LA COMUNIDAD BILINGUAL CHARTER PUBLIC SCHOOL, and DE LA COMUNIDAD INCORPORATED,

By their attorneys,

/s/ Angel Taveras
Angel Taveras (#5552)
**TAVERAS LAW, P.C.**
100 Westminster Street, 11th Floor
Providence, Rhode Island 02903
(401) 580-9912 (telephone)
(401) 327-5656 (facsimile)
ataveras@taveraslaw.com

and

/s/ Stephanie Gonzalez
/s/ Crystal D. Peralta
Stephanie Gonzalez (#10643)
Crystal D. Peralta (#10266)
**GP LAW AND CONSULTING, LLC**
383 West Fountain Street, Suite 101
Providence, Rhode Island 02903
(401) 859-3432 (telephone)
stephanie@gplawri.com
crystal@gplawri.com

2